*ORDER*

PER CURIAM.

AND NOW, this 19th day of June, 2006, the order of the Commonwealth Court is AFFIRMED.

M. Diane KOKEN, Insurance Commissioner, Commonwealth of Pennsylvania

v.

LEGION INSURANCE COMPANY

Bensalem Township, Florida Workers Compensation Insurance Guaranty Association, Psychiatrists' Purchasing Group, Inc., Pulte Homes, Inc., American Airlines, Rural/Metro Corporation, Daniel Elrod, Shirley Elrod, Metro Atlanta Landscape and Turf Association (Malta), Kerry Kessler, Atwood Oceanics, Inc., Mutual Risk Management, Ltd. (MRM), Joseph McIntrye, Randstad North America, L.P., Florida Insurance Guaranty Association, Atlantic Coast Airlines Holdings, Inc., Majestic Underwriters, Inc., Frontier Airlines, Inc., 22 Texas Services and 22 Keystone Services L.P., Intervenors

Appeal of Syndicate 271.

Supreme Court of Pennsylvania.

June 19, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of June, 2006, the order of the Commonwealth Court is affirmed.

Richard SCHREFFLER and Denise Schreffler, h/w

v.

PENNSYLVANIA PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION, Successor of Physicians Insurance Company and Medical Professional Liability Catastrophe Loss Fund

Appeal of Medical Care Availability and Reduction of Error Fund, successor in interest to the Medical Professional Liability Catastrophe Loss Fund @ No. 54 MAP 2004

Appeal of Pennsylvania Property and Casualty Insurance Guaranty Association @ No. 56 MAP 2004.

Supreme Court of Pennsylvania.

Argued April 12, 2005.
Decided June 19, 2006.

Zella Smith Anderson, Tawny Kay Mummah, for Medical Care Availability and Reduction of Error Fund, successor to the MPLCLF.